# EXHIBIT 1

# EXHIBIT 1

Home | Support ADA | Contact                                    Enter Search Keywords | Go



# Americans for Democratic Action
### and the Americans for Democratic Action Education Fund

Stay on top of all the latest news and action alerts: Enter Email Address [Go]

| HOME | DONATE | ABOUT | ACTION | ISSUES | PUBLICATIONS | CHAPTERS | CONTACT |

## Briefing on Women, Unemployment & the Great Recession



While the news continues to frame these turbulent economic times as a "he-cession," the struggles of women and families are often left unheard. On Friday, July 16th, at 2261 Rayburn HOB the ADA Education Fund will be hosting a Congressional Briefing on Women, Unemployment and the Great Recession from 11 a.m. to 12 noon. The briefing will highlight the results and policy suggestions concluded by recent reports from both Women's Voices, Women Vote and the Women and Girls Foundation of Southwestern Pennsylvania. Continue Reading >>

- Meet ADA's New President: Rep. Lynn Woolsey!
- Petition AGAINST Offshore Drilling
- Petition: No Unemployment Benefits, No Recess
- ADA Vote Chart Shows Polarized Congress; Dependable Liberals in Both Houses

## 2009 Voting Record



About This | What's Your Score?

---

### Get Active

Take the quiz!



How Liberal Are You?

### ADA TV

ADA on Taxes & Teabaggers



### Stay Connected with ADA



### Meet ADA's New President!



### ADA's 2009 Voting Record



### ADA Education Fund Poll Results



### Local Action



Working Families WIN

### News Feed

**James K. Galbraith: Statement on Evans's Stimulus Letter from Galbraith, Davidson, & Skidelsky** [Huffington Post]
We three were each asked to sign the letter organized by Sir Harold Evans and now co-signed by many of our friends, including ...

**No beer summit for Sherrod, White House aide says** [CNN]
White House aides said Wednesday they do not expect President Barack Obama to call Shirley Sherrod, the black former USDA ...

**Vilsack to review ouster of USDA official** [CNN]
Agriculture secretary says he'll reconsider the case of a USDA official who resigned after a video clip sparked claims of ...

**Democrats' agenda low on gas** [CNN]
Democrats are celebrating some big wins for their agenda, but these might be the last victories they see for a while as ...

# EXHIBIT 2

# EXHIBIT 2

HOME | CONTACT | SITEMAP
En Español



LOCAL LEADERS

- ABOUT WFW

- LOCAL WFW
    - Arizona
        - AZ Action
        - AZ News
        - AZ Events
    - California
        - Sacramento
            - Sacramento Action
            - Sacramento News
            - Sacramento Events
        - Riverside
            - Riverside Action
            - Riverside News
            - Riverside Events
        - Corona
            - Corona Action
            - Corona News
            - Corona Events
        - Coachella
            - Coachella Action
            - Coachella News
            - Coachella Events
        - Moreno Valley
            - Moreno Valley Action
            - Moreno Valley News
            - Moreno Valley Events
    - Delaware
        - DE Action
        - DE News
        - DE Events
    - Florida
        - FL Action
        - FL News
        - FL Events
        - Florida Photos
    - Illinois
        - Waukegan
        - Northern Suburbs
    - Iowa

- - - IA Action
      - IA News
      - IA Events
    - Minnesota
      - MN Action
      - MN News
      - MN Events
    - Nevada
      - NV Action
      - NV News
      - NV Events
    - New Hampshire
      - HEALTHCARE REFORM INFORMATION!
        - Immediate Healthcare Benefits
      - NH - About our Program
      - Learn More on Issue
      - NH Photo Gallery
      - NH Events
      - NH Action
        - NH Elected Officials
        - Vounteer in NH
      - NH News
    - Ohio
      - OH Action
      - OH News
      - OH Events
    - Pennsylvania
      - Lehigh Valley
    - Washington
      - WA Action
      - WA News
      - WA Events

- ISSUES & RESOURCES
    - New Trade Rules
    - Affordable Healthcare
    - Workers' Rights
    - Increased Minimum Wage

- TAKE ACTION
    - Employee Free Choice Act - Know the Sides

- RECENT NEWS

- UPCOMING EVENTS

## Contact WFW

**To be removed from our call list, click here or you can also submit the number at the bottom of this page.  Thank you.**

Please check the Local WFW pages for local leadership contact information.

**Project Director**
Don Kusler
don@wfwin.org

**Field Coordinator**
Rebecca Gomer
rebecca@wfwin.org

**Operations Manager**
Karen Traeger
karen@wfwin.org

## Main Contact Form

**Contact Us**

Name::
Phone::
Email::
Comments::

[Submit Form]

HOME | CONTACT | ABOUT US | ISSUES & RESOURCES | TAKE ACTION | RECENT NEWS | LOCAL WFW | SITE MAP

# EXHIBIT 3

# EXHIBIT 3

# Don Kusler

Working Families Win Director at Americans for Democratic Action

Washington D.C. Metro Area

| | |
|---|---|
| **Current** | • Working Families Win Director at Americans for Democratic Action |
| **Past** | • Deputy National Director at Americans for Democratic Action<br>• Communications Director at Americans for Democratic Action |
| **Education** | • Sam Houston State University<br>• Texas A&M University |
| **Connections** | 52 connections |
| **Industry** | Political Organization |

## Don Kusler's Experience

### Working Families Win Director
**Americans for Democratic Action**

(Non-Profit; 11-50 employees; Political Organization industry)

June 2007 — Present (3 years 2 months)

Working Families Win is a national community organizing project dedicated to empowering working families to take an active role in policy decisions that impact their lives. Areas of focus include economic issues...specifically the impact of global trade, guaranteed health care, alternative domestic energy production that produces green jobs, the right of workers to have a stronger voice in the workplace through expanded rights to join a union, and other locally determined 'pocketbook' issues.

### Deputy National Director
**Americans for Democratic Action**

(Non-Profit; 11-50 employees; Political Organization industry)

October 2004 — June 2007 (2 years 9 months)

### Communications Director
**Americans for Democratic Action**

(Non-Profit; 11-50 employees; Political Organization industry)

June 2002 — June 2007 (5 years 1 month)

## Don Kusler's Education

**Sam Houston State University**
B.A. , History

**Texas A&M University**
Biology

## Additional Information

Don Kusler's Groups:

    Topics concerning Civil Rights

# EXHIBIT 4

# EXHIBIT 4

# reviewjournal.com



Powered by Clickability

Jun. 24, 2010
Copyright © Las Vegas Review-Journal

## EDITORIAL: Avoiding the issues

### States -- not Nevada -- get serious on pension reform

Nevada lawmakers complain all the time that the Silver State is last among the 50 states in everything.

They're right in at least one regard: Nevada's political establishment is bringing up the rear when it comes to tackling the crippling fiscal burden of the state's exorbitant public employee retirement benefits.

All across America, governors and legislators are publicly acknowledging that governments don't have the money to pay all the pension benefits they've promised to current retirees and public employees. From New Jersey to Arizona, The New York Times reported Monday, states are working urgently to address billions of dollars in unfunded liabilities and keep pension plans solvent.

R. Eden Martin, president of the Commercial Club of Chicago, a business group that has been warning of the coming public pension collapse for years, and Joshua D. Rauh, a finance professor at Northwestern University, told the newspaper that many state pension funds will run out of money this decade without drastic changes. Mr. Rauh pointed out that Illinois is in such deep financial trouble it likely will require a federal bailout -- otherwise, the state might soon have to spend up to half of its general fund revenues on retiree benefits, gutting services in the process.

So Illinois has mandated that future hires won't be able to retire before age 67. Other states have reined in benefits and imposed new costs for future hires as well.

Colorado is using a much bolder approach, taking advantage of a 1961 state Supreme Court ruling that allows pension cuts for current workers if it's "actuarially necessary." Colorado is trying to cut benefits for current retirees as well -- something private-sector workers are all too familiar with. (In response, Colorado retirees are suing, The Times reports.)

Colorado, Illinois and other states are taking such action not just because it's needed, but because they have the political will to do so.

That will does not exist in the Democrat-controlled Nevada Legislature. Yes, lawmakers made slight tweaks to the benefits of future state hires during the 2009 session (ensuring the passage of massive tax hikes), requiring a few additional years of service for full retirement benefits, but those changes did very little to reduce Nevada's unfunded retirement liabilities, which top $10 billion -- a figure three times the state's annual operating expenses.

The only sane option for Nevada is to eliminate the defined-benefit pension and retirement health care subsidies for all future public-sector hires.

Waiting until the state's pension fund goes broke -- and it will, eventually -- is no way to approach

this looming economic disaster.

**Find this article at:**
http://www.lvrj.com/opinion/avoiding-the-issues-97050924.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/