# EXHIBIT 5

# EXHIBIT 5

HOME | CONTACT | SITEMAP
En Español



LOCAL LEADERS

- ABOUT WFW

- LOCAL WFW
  - Arizona
    - AZ Action
    - AZ News
    - AZ Events
  - California
    - Sacramento
      - Sacramento Action
      - Sacramento News
      - Sacramento Events
    - Riverside
      - Riverside Action
      - Riverside News
      - Riverside Events
    - Corona
      - Corona Action
      - Corona News
      - Corona Events
    - Coachella
      - Coachella Action
      - Coachella News
      - Coachella Events
    - Moreno Valley
      - Moreno Valley Action
      - Moreno Valley News
      - Moreno Valley Events
  - Delaware
    - DE Action
    - DE News
    - DE Events
  - Florida
    - FL Action
    - FL News
    - FL Events
    - Florida Photos
  - Illinois
    - Waukegan
    - Northern Suburbs
  - Iowa

- - - IA Action
    - IA News
    - IA Events
  - Minnesota
    - MN Action
    - MN News
    - MN Events
  - Nevada
    - NV Action
    - NV News
    - NV Events
  - New Hampshire
    - HEALTHCARE REFORM INFORMATION!
      - Immediate Healthcare Benefits
    - NH - About our Program
    - Learn More on Issue
    - NH Photo Gallery
    - NH Events
    - NH Action
      - NH Elected Officials
      - Vounteer in NH
    - NH News
  - Ohio
    - OH Action
    - OH News
    - OH Events
  - Pennsylvania
    - Lehigh Valley
  - Washington
    - WA Action
    - WA News
    - WA Events

- ISSUES & RESOURCES
  - New Trade Rules
  - Affordable Healthcare
  - Workers' Rights
  - Increased Minimum Wage

- TAKE ACTION
  - Employee Free Choice Act - Know the Sides

- RECENT NEWS

- UPCOMING EVENTS

**More NV Resources**

- NV Action
- NV News
- NV Events

# Nevada News

Jun. 24, 2010
Copyright © Las Vegas Review-Journal

**EDITORIAL: Avoiding the issues**

**States -- not Nevada -- get serious on pension reform**

Nevada lawmakers complain all the time that the Silver State is last among the 50 states in everything.

They're right in at least one regard: Nevada's political establishment is bringing up the rear when it comes to tackling the crippling fiscal burden of the state's exorbitant public employee retirement benefits.

All across America, governors and legislators are publicly acknowledging that governments don't have the money to pay all the pension benefits they've promised to current retirees and public employees. From New Jersey to Arizona, The New York Times reported Monday, states are working urgently to address billions of dollars in unfunded liabilities and keep pension plans solvent.

R. Eden Martin, president of the Commercial Club of Chicago, a business group that has been warning of the coming public pension collapse for years, and Joshua D. Rauh, a finance professor at Northwestern University, told the newspaper that many state pension funds will run out of money this decade without drastic changes. Mr. Rauh pointed out that Illinois is in such deep financial trouble it likely will require a federal bailout -- otherwise, the state might soon have to spend up to half of its general fund revenues on retiree benefits, gutting services in the process.

So Illinois has mandated that future hires won't be able to retire before age 67. Other states have reined in benefits and imposed new costs for future hires as well.

Colorado is using a much bolder approach, taking advantage of a 1961 state Supreme Court ruling that allows pension cuts for current workers if it's "actuarially necessary." Colorado is trying to cut benefits for current retirees as well -- something private-sector workers are all too familiar with. (In response, Colorado retirees are suing, The Times reports.)

Colorado, Illinois and other states are taking such action not just because it's needed, but because they have the political will to do so.

That will does not exist in the Democrat-controlled Nevada Legislature. Yes, lawmakers made slight tweaks to the benefits of future state hires during the 2009 session (ensuring the passage of massive tax hikes), requiring a few additional years of service for full retirement benefits, but those changes did very little to reduce Nevada's unfunded retirement liabilities, which top $10 billion -- a figure three times the state's annual operating expenses.

The only sane option for Nevada is to eliminate the defined-benefit pension and retirement health care subsidies for all future public-sector hires.

Waiting until the state's pension fund goes broke -- and it will, eventually -- is no way to approach this looming economic disaster.

Jun. 24, 2010
Copyright © Las Vegas Review-Journal

**Union adding to complaint against Station Casinos**

**Company says it will prevail against charges of unfair labor practices**

he Culinary union said Wednesday it plans to file additional charges against Station Casinos, accusing the company of anti-union activities.

The union announced its plans during a press conference, two days after the locals gaming company filed a response to 127-count National Labor Relations Board complaint charging it with unfair labor practices.

In its response, the gaming company said the complaint should be dismissed, in part, because it fails to establish that any law was broken even if the allegations are true.

Station Casinos said in a statement that it will defend itself vigorously and will prevail.

Station Casinos spokeswoman Lori Nelson said the company's track record shows the company is pro-employee.

"For nearly 35 years, we have prided ourselves on treating our team members fair and with the utmost respect," Nelson said in a statement. "I think that is evidenced by the fact that we are the only gaming company ever to be selected by Fortune magazine among their '100 Best Companies To Work For' for four years in a row."

The original complaint, which was amended June 11, alleges the gaming company violated federal law in trying to discourage organizing efforts by the Culinary Local 226.

A hearing on the complaint is set for Aug. 16.

Union leaders held a press conference Wednesday at which they made their first public comments on the complaint since it was issued nearly four weeks ago.

Union spokeswoman Maya Holmes said the union withheld comment until now because legal counsel was reviewing the complaint.

"We wanted to make sure our information was accurate," Holmes said. "We wanted to make sure we fully understood the implications of it."

Union President Geoconda Arguello-Kline said the union plans to file additional charges, possibly including seven wrongful terminations the union withdrew before the complaint being issued.

"We are going to hold the company accountable," Arguello-Kline told approximately 200 workers and press gathered at the union's downtown headquarters.

The 127-count complaint is the largest the union has pursued against any gaming company, she said.

The union accuses the Station Casinos of "violating federal labor law in over 100 incidents by threatening, surveilling, physically assaulting and intimidating workers for their union activities."

Nelson called the rally another "media stunt" in the union's 13-year attempt to organize Station Casinos' workers.

Nelson said the company recognizes workers' right to organize but she is surprised that union dues are being used to try to organize Station Casinos during the recession.

"We continue to be amazed that the union leadership uses its members' due in attempting to organize our team members instead of trying to find jobs for the thousands of Culinary union members who have been laid off during this recession," Nelson said.

Approximately 5,500 Station Casinos employees work in departments that the Culinary union represents at other casinos, Holmes said.

Those departments include front-line service positions, including house keeping, bartending, restaurant workers, porters and other nongaming casino and hotel positions.

The Culinary union represents about 55,000 workers on the Strip and downtown.

Contact reporter Arnold M. Knightly at aknightly@reviewjournal.com or 702-477-3893.


By ARNOLD M. KNIGHTLY
LAS VEGAS REVIEW-JOURNAL

Jun. 23, 2010
Copyright © Las Vegas Review-Journal

**Nevada homeowners could get help from federal funding**

By HUBBLE SMITH
LAS VEGAS REVIEW-JOURNAL Underwater and delinquent Nevada homeowners could see financial relief from the government's so-called "hardest-hit fund" by mid-August, a state housing division official said Wednesday.

The target launch date for nearly $103 million coming to Nevada was delayed by three weeks because contracts with the U.S. Treasury were not in place by June 1 as originally anticipated, said Lon DeWeese, chief financial officer of the Nevada Housing Division.

The Obama administration approved plans Wednesday for housing finance agencies in Nevada, California, Arizona, Florida and Michigan to begin using $1.5 billion in foreclosure prevention funding.

The money will help struggling homeowners by subsidizing mortgages for the unemployed, reducing principal balances on homes with negative equity, settling second liens, and facilitating short sales and deeds in lieu of foreclosure.

Nevada will create a mortgage modification program using a combination of forgiveness and forbearance with the goal of reducing principal to less than 115 percent of loan-to-value and lowering payments to 31 percent of debt-to-income.

The state will offer assistance to reduce or eliminate second liens with earned forgiveness over a three-year period. It will also provide allowances for appraisal and transaction fees, moving expenses, a legal allowance for up to three months, and incentives for borrowers and loan servicers to do short sales.

The federal funds must flow through an eligible nonprofit entity, not a state agency, with "huge oversight" by the U.S. Treasury, DeWeese said.

Nevada Affordable Housing Assistance Corp., created in 2003, will be handling the money here. Homeowners interested in applying for funds can find eligibility requirements and other information at NAHAC.org.

"It's the first time in my career that working with a federal bureaucracy has gone so smoothly," DeWeese said.

Sen. Harry Reid, D-Nev., who announced the funding during a February visit to Las Vegas by President Barack Obama, thanked Housing and Urban Development Secretary Shaun Donovan and Treasury Secretary Timothy Geithner for their help in providing resources for Nevadans.

"Now it's up to banks and credit unions to step up to the plate so that this $100 million will have the maximum benefit for homeowners to reduce principal amounts and provide lien relief," Reid said in a statement .

Kenny Young, acting assistant city manager who oversees housing programs for North Las Vegas, said city officials don't have a role in awarding the federal funds announced Wednesday.

One shortcoming of the proposal is that none of the programs appears to help the unemployed, who presumably are having more trouble making their next mortgage payment, Young said.

"I hesitate to say it (funding) is going to help everyone because, obviously, that is not going to be the case, but I do see it having some impact on homeowners who the banks are willing to work with," he said. "The problem is that we have unemployed people who are about to lose their home. If you don't have a job, it's hard for them to refinance a loan if there is no revenue stream coming in."

States approved for the first round of funding each experienced a decline in average home prices of 20 percent or greater. Las Vegas home prices dropped more than 50 percent from their peak.

Nevada leads the nation with one foreclosure filing for every 66 households, Irvine, Calif.-based RealtyTrac reported. First American CoreLogic showed some 70 percent of Las Vegas homeowners are underwater, owing more than their home is worth.

Treasury Department reviewed each state's proposals to ensure compliance with the Emergency Economic Stabilization Act, the umbrella program for the hardest-hit funds.

The business plan had to be written within the rules of the act, approved by the nonprofit's board of directors and sent to the Treasury, which reviewed legal issues, eligibility issues, and fraud and abuse issues, DeWeese said.

"This is the end of the application process. Now we move into implementation," he said. "There's going to be a readiness audit of the eligible entity and a test of the system and controls for underwriting before the doors officially open."

Using the funds for mortgage forgiveness and reduction of principal will help provide long-term stability to Las Vegas' housing market, said U.S. Rep. Dina Titus, D-Nev., whose district is home to some of the nation's hardest-hit ZIP codes in the foreclosure crisis.

"It is critical that the state moves swiftly to implement this important plan and put these funds to work," she said in a statement. "With too many families at risk of losing their home, we don't have a moment to lose."

Review-Journal writer Frank Geary contributed to this report. Contact reporter Hubble Smith at hsmith@reviewjournal.com or 702-383-0491.

### Early Voting Turnout in NV                                                4:12 PM, Oct 27 2008

www.lvrj.com/news/33349204.html

### Latest Polls in CD 3                                                      4:11 PM, Oct 27 2008

www.lvrj.com/news/33349229.html

### LAs Vegas Sun Editorial on False Ads by Porter                            1:43 AM, Oct 26 2008

See this editorial in the Las Vegas Sun calling Porter's negative attacks on Titus as false... www.lasvegassun.com/news/2008/oct/24/false-and-misleading-ads/

### Check out Contributors To Porter's Campaign                               5:10 PM, Oct 22 2008

ties to defense firm revealed; www.lvrj.com/news/31560934.html

### Editorial on Porter's Record                                              5:06 PM, Oct 22 2008

### Las Vegas Sun Newspaper Endorses Dina Titus for CD 3                      11:30 PM, Oct 21 2008

Check out this article on The Sun endorsing Dina Titus in the race for Congress over incumbent Jon Porter... http://www.lasvegassun.com/news/2008/oct/17/our-choices-congress/

### Locally Contested Race on TV                                              5:13 PM, Oct 19 2008

Read here about the race for CD 3 debate with Titus and Porter shown here locally after the McCain-Obama debate...http://www.lasvegassun.com/news/2008/oct/16/fiercely-contested-race-comes-living-rooms/

### Latest Porter/Titus on the Bailout                                        6:42 AM, Oct 06 2008

politickernv.com/alexisenstadt/2546/porter-bailout-vote-riles-titus

| | |
|---|---:|
| **NV Jobless Rate Will Increase** | 6:35 AM, Oct 06 2008 |

www.lvrj.com/news/30256569.html

| | |
|---|---:|
| **Titus-Porter ads by Outside Groups** | 12:02 AM, Sep 30 2008 |
| **Dems Back Bailout With Provisions** | 11:59 PM, Sep 29 2008 |

Click here to read where Democratic Candidates stand ...
http://www.lasvegassun.com/news/2008/sep/24/democratic-challengers-back-treasury-plan-provisio/

| | |
|---|---:|
| **Connecting the Energy North & South** | 6:32 AM, Sep 13 2008 |
| **Unions, Nurses and Patient Care** | 6:23 AM, Sep 13 2008 |
| **Energy; Who's Thinking Link?** | 8:14 PM, Sep 11 2008 |
| **Nevada is Struggling** | 8:04 PM, Sep 11 2008 |
| **New Report Says Silver State Can Gain 15K Jobs with Renewables** | 7:51 PM, Sep 11 2008 |
| **Congress Weighs Reprieve on Seller Funded Gifts** | 7:26 PM, Sep 11 2008 |
| **Letter To The Editor** | 7:18 PM, Sep 11 2008 |

I finally got published! Check out my Letter to the Editor in the Las Vegas Sun. After attending the Clean Energy Summit and then hearing some things about Carl Pope of the Sierra Club and T. Boone Pickens working together, I had to applaud them all. Check it out here www.lasvegassun.com/news/2008/sep/06/summit-signals-hope-clean-energy/

| | |
|---|---:|
| **Housing Rescue and Foreclosure Protection Act** | 6:54 PM, Sep 11 2008 |
| **Big Oil, Big Profits** | 6:48 PM, Sep 11 2008 |

See how Exxon Mobil for one, outdid itself in high profits last quarter, while consumers paid dearly at the pump. www.truthout.org/article/rising-oil-prices-power-enormous-exxon-profits

| | |
|---|---:|
| **High Price of Free Trade** | 6:39 PM, Sep 11 2008 |
| **From CQ Note Harry Reid on Energy** | 9:58 PM, Aug 12 2008 |

## Sound and Fury Over Energy, but Few Results

| | |
|---|---:|
| **SIERRA PACIFIC RESOURCES: As rates rise, exec pay soars** | 1:33 AM, Jul 25 2008 |

**July 18, 2008 - Las Vegas Review Journal - By John G. Edwards**

Salaries and other compensation for four of five senior executive positions at Sierra Pacific Resources more than doubled over five years, exceeding even recommendations from an expert hired by the company, according to the attorney general's Bureau of Consumer Protection.

For the complete story, click here.

| | |
|---|---:|
| **The Housing Market Affecting Social Security?** | 10:15 PM, Jul 13 2008 |

Click Here

| | |
|---|---:|
| **From Senator Reid on NV and Families** | 7:36 PM, Jul 10 2008 |
| **Mayor Goodman: LV Hurt Hard By Gas Prices** | 8:50 PM, Jul 10 2008 |

Mayor Goodman speaks to gasoline prices affecting Las Vegas.  To read the article click here.

| | |
|---|---:|
| **Big Oil Demonstration at Porter's Office** | 8:58 PM, Jul 10 2008 |

To view the article about people demonstrating at Congressman Jon Porter's office, click here.

| | |
|---|---:|
| **Ensign Blocks Housing Bill** | 9:04 PM, Jul 10 2008 |

To read about why Senator Ensign blocks the Housing Bill click here.

| | |
|---|---:|
| **Republican Candidate** | 9:01 PM, Jul 10 2008 |

Who is the Republican Candidate who will only tell you if asked?  Click here to find out.

| | |
|---|---:|
| **Seniors in NV and Medicare** | 9:03 PM, Jul 10 2008 |

See how decisions are being made for seniors and Medicare.  Click Here

| | |
|---|---:|
| **Most Recent Demographics by Jurisdiction** | 9:10 PM, Jul 09 2008 |

The most recent demographics by jurisdiction for Clark County.
Click here to view the pdf.

| | |
|---|---:|
| **Latest Unemployment Report from NV Dept Of Employment, Training & Rehabilitation** | 9:22 PM, Jul 09 2008 |

A press release from Nevada's Department of Employment, Training and Rehabilitation about the recent surge in the unemployment rate.

Click here to view the report from DETR.

| | |
|---|---:|
| **WFW Rallies With Advocacy Groups** | 9:28 PM, Jul 09 2008 |

An article from the Las Vegas Review-Journal that exams how Advocacy groups are standing up to legislators about funding cuts.

| | |
|---|---:|
| **Graph Showing So NV Index of Leading Economic Indicators** | 6:56 AM, Jun 27 2008 |

| | |
|---|---:|
| **UNLV Professor Says Southern Nevada is in a Recession** | 9:33 PM, Jul 09 2008 |

UNLV director casts definition aside, points to local numbers

| | |
|---|---:|
| **Nevada Still Leads Nation in Foreclosures** | 3:45 PM, Jun 18 2008 |

**Friday, June 13, 2008 - NewsRadio 840 KXNT**

For the 17th straight month, Nevada leads the nation in foreclosure rates. New figures by the firm RealtyTrac say one out of every 118 Nevada households received a foreclosure filing in May, up nearly 24% from April and a 72% increase from May 2007. California was second in foreclosures, followed by Arizona, Florida and Georgia. Overall, Nevada reported just over 9,000 foreclosure filings last month. Among metro areas, Las Vegas was the only city outside Florida and California in the top ten. Vegas ranked sixth overall for foreclosure rates, with one out of every 96 households receiving a filing in May. Nationally, foreclosure activity rose 7% from April to May, and jumped 48% from a year earlier.

HOME | CONTACT | ABOUT US | ISSUES & RESOURCES | TAKE ACTION | RECENT NEWS | LOCAL WFW | SITE MAP

# EXHIBIT 6

# EXHIBIT 6

**Nevada homeowners could get help from federal funding**

By HUBBLE SMITH
LAS VEGAS REVIEW-JOURNAL Underwater and delinquent Nevada homeowners could see financial relief from the government's so-called "hardest-hit fund" by mid-August, a state housing division official said Wednesday.

The target launch date for nearly $103 million coming to Nevada was delayed by three weeks because contracts with the U.S. Treasury were not in place by June 1 as originally anticipated, said Lon DeWeese, chief financial officer of the Nevada Housing Division.

The Obama administration approved plans Wednesday for housing finance agencies in Nevada, California, Arizona, Florida and Michigan to begin using $1.5 billion in foreclosure prevention funding.

The money will help struggling homeowners by subsidizing mortgages for the unemployed, reducing principal balances on homes with negative equity, settling second liens, and facilitating short sales and deeds in lieu of foreclosure.

Nevada will create a mortgage modification program using a combination of forgiveness and forbearance with the goal of reducing principal to less than 115 percent of loan-to-value and lowering payments to 31 percent of debt-to-income.

The state will offer assistance to reduce or eliminate second liens with earned forgiveness over a three-year period. It will also provide allowances for appraisal and transaction fees, moving expenses, a legal allowance for up to three months, and incentives for borrowers and loan servicers to do short sales.

The federal funds must flow through an eligible nonprofit entity, not a state agency, with "huge oversight" by the U.S. Treasury, DeWeese said.

Nevada Affordable Housing Assistance Corp., created in 2003, will be handling the money here. Homeowners interested in applying for funds can find eligibility requirements and other information at NAHAC.org.

"It's the first time in my career that working with a federal bureaucracy has gone so smoothly," DeWeese said.

Sen. Harry Reid, D-Nev., who announced the funding during a February visit to Las Vegas by President Barack Obama, thanked Housing and Urban Development Secretary Shaun Donovan and Treasury Secretary Timothy Geithner for their help in providing resources for Nevadans.

"Now it's up to banks and credit unions to step up to the plate so that this $100 million will have the maximum benefit for homeowners to reduce principal amounts and provide lien relief," Reid said in a statement .

Kenny Young, acting assistant city manager who oversees housing programs for North Las Vegas, said city officials don't have a role in awarding the federal funds announced Wednesday.

One shortcoming of the proposal is that none of the programs appears to help the unemployed, who presumably are having more trouble making their next mortgage payment, Young said.

"I hesitate to say it (funding) is going to help everyone because, obviously, that is not going to be the case, but I do see it having some impact on homeowners who the banks are willing to work with," he said. "The problem is that we have unemployed people who are about to lose their home. If you don't have a job, it's hard for them to refinance a loan if there is no revenue stream coming in."

States approved for the first round of funding each experienced a decline in average home prices of 20 percent or greater. Las Vegas home prices dropped more than 50 percent from their peak.

Nevada leads the nation with one foreclosure filing for every 66 households, Irvine, Calif.-based RealtyTrac reported. First American CoreLogic showed some 70 percent of Las Vegas homeowners are underwater, owing more than their home is worth.

Treasury Department reviewed each state's proposals to ensure compliance with the Emergency Economic Stabilization Act, the umbrella program for the hardest-hit funds.

The business plan had to be written within the rules of the act, approved by the nonprofit's board of directors and sent to the Treasury, which reviewed legal issues, eligibility issues, and fraud and abuse issues, DeWeese said.

"This is the end of the application process. Now we move into implementation," he said. "There's going to be a readiness audit of the eligible entity and a test of the system and controls for underwriting before the doors officially open."

Using the funds for mortgage forgiveness and reduction of principal will help provide long-term stability to Las Vegas' housing market, said U.S. Rep. Dina Titus, D-Nev., whose district is home to some of the nation's hardest-hit ZIP codes in the foreclosure crisis.

"It is critical that the state moves swiftly to implement this important plan and put these funds to work," she said in a statement. "With too many families at risk of losing their home, we don't have a moment to lose."

Review-Journal writer Frank Geary contributed to this report. Contact reporter Hubble Smith at hsmith@reviewjournal.com or 702-383-0491.

### Early Voting Turnout in NV                                4:12 PM, Oct 27 2008

www.lvrj.com/news/33349204.html

### Latest Polls in CD 3                                      4:11 PM, Oct 27 2008

www.lvrj.com/news/33349229.html

### LAs Vegas Sun Editorial on False Ads by Porter            1:43 AM, Oct 26 2008

See this editorial in the Las Vegas Sun calling Porter's negative attacks on Titus as false... www.lasvegassun.com/news/2008/oct/24/false-and-misleading-ads/

### Check out Contributors To Porter's Campaign               5:10 PM, Oct 22 2008

ties to defense firm revealed; www.lvrj.com/news/31560934.html

### Editorial on Porter's Record                              5:06 PM, Oct 22 2008

### Las Vegas Sun Newspaper Endorses Dina Titus for CD 3      11:30 PM, Oct 21 2008

Check out this article on The Sun endorsing Dina Titus in the race for Congress over incumbent Jon Porter... http://www.lasvegassun.com/news/2008/oct/17/our-choices-congress/

### Locally Contested Race on TV                              5:13 PM, Oct 19 2008

Read here about the race for CD 3 debate with Titus and Porter shown here locally after the McCain-Obama debate...**http://www.lasvegassun.com/news/2008/oct/16/fiercely-contested-race-comes-living-rooms/**

### Latest Porter/Titus on the Bailout                        6:42 AM, Oct 06 2008

# EXHIBIT 7

# EXHIBIT 7

## Nevada News

Jun. 24, 2010
Copyright © Las Vegas Review-Journal

**EDITORIAL: Avoiding the issues**

**States -- not Nevada -- get serious on pension reform**

Nevada lawmakers complain all the time that the Silver State is last among the 50 states in everything.

They're right in at least one regard: Nevada's political establishment is bringing up the rear when it comes to tackling the crippling fiscal burden of the state's exorbitant public employee retirement benefits.

All across America, governors and legislators are publicly acknowledging that governments don't have the money to pay all the pension benefits they've promised to current retirees and public employees. From New Jersey to Arizona, The New York Times reported Monday, states are working urgently to address billions of dollars in unfunded liabilities and keep pension plans solvent.

R. Eden Martin, president of the Commercial Club of Chicago, a business group that has been warning of the coming public pension collapse for years, and Joshua D. Rauh, a finance professor at Northwestern University, told the newspaper that many state pension funds will run out of money this decade without drastic changes. Mr. Rauh pointed out that Illinois is in such deep financial trouble it likely will require a federal bailout -- otherwise, the state might soon have to spend up to half of its general fund revenues on retiree benefits, gutting services in the process.

So Illinois has mandated that future hires won't be able to retire before age 67. Other states have reined in benefits and imposed new costs for future hires as well.

Colorado is using a much bolder approach, taking advantage of a 1961 state Supreme Court ruling that allows pension cuts for current workers if it's "actuarially necessary." Colorado is trying to cut benefits for current retirees as well -- something private-sector workers are all too familiar with. (In response, Colorado retirees are suing, The Times reports.)

Colorado, Illinois and other states are taking such action not just because it's needed, but because they have the political will to do so.

That will does not exist in the Democrat-controlled Nevada Legislature. Yes, lawmakers made slight tweaks to the benefits of future state hires during the 2009 session (ensuring the passage of massive tax hikes), requiring a few additional years of service for full retirement benefits, but those changes did very little to reduce Nevada's unfunded retirement liabilities, which top $10 billion -- a figure three times the state's annual operating expenses.

The only sane option for Nevada is to eliminate the defined-benefit pension and retirement health care subsidies for all future public-sector hires.

Waiting until the state's pension fund goes broke -- and it will, eventually -- is no way to approach this looming economic disaster.

Jun. 24, 2010
Copyright © Las Vegas Review-Journal

**Union adding to complaint against Station Casinos**

**Company says it will prevail against charges of unfair labor practices**

he Culinary union said Wednesday it plans to file additional charges against Station Casinos, accusing the company of anti-union activities.

The union announced its plans during a press conference, two days after the locals gaming company filed a response to 127-count National Labor Relations Board complaint charging it with unfair labor practices.

In its response, the gaming company said the complaint should be dismissed, in part, because it fails to establish that any law was broken even if the allegations are true.

Station Casinos said in a statement that it will defend itself vigorously and will prevail.

Station Casinos spokeswoman Lori Nelson said the company's track record shows the company is pro-employee.

"For nearly 35 years, we have prided ourselves on treating our team members fair and with the utmost respect," Nelson said in a statement. "I think that is evidenced by the fact that we are the only gaming company ever to be selected by Fortune magazine among their '100 Best Companies To Work For' for four years in a row."

The original complaint, which was amended June 11, alleges the gaming company violated federal law in trying to discourage organizing efforts by the Culinary Local 226.

A hearing on the complaint is set for Aug. 16.

Union leaders held a press conference Wednesday at which they made their first public comments on the complaint since it was issued nearly four weeks ago.

Union spokeswoman Maya Holmes said the union withheld comment until now because legal counsel was reviewing the complaint.

"We wanted to make sure our information was accurate," Holmes said. "We wanted to make sure we fully understood the implications of it."

Union President Geoconda Arguello-Kline said the union plans to file additional charges, possibly including seven wrongful terminations the union withdrew before the complaint being issued.

"We are going to hold the company accountable," Arguello-Kline told approximately 200 workers and press gathered at the union's downtown headquarters.

The 127-count complaint is the largest the union has pursued against any gaming company, she said.

The union accuses the Station Casinos of "violating federal labor law in over 100 incidents by threatening, surveilling, physically assaulting and intimidating workers for their union activities."

Nelson called the rally another "media stunt" in the union's 13-year attempt to organize Station Casinos' workers.

Nelson said the company recognizes workers' right to organize but she is surprised that union dues are being used to try to organize Station Casinos during the recession.

"We continue to be amazed that the union leadership uses its members' due in attempting to organize our team members instead of trying to find jobs for the thousands of Culinary union members who have been laid off during this recession," Nelson said.

Approximately 5,500 Station Casinos employees work in departments that the Culinary union represents at other casinos, Holmes said.

Those departments include front-line service positions, including house keeping, bartending, restaurant workers, porters and other nongaming casino and hotel positions.

The Culinary union represents about 55,000 workers on the Strip and downtown.

Contact reporter Arnold M. Knightly at aknightly@reviewjournal.com or 702-477-3893.

By ARNOLD M. KNIGHTLY
LAS VEGAS REVIEW-JOURNAL

Jun. 23, 2010
Copyright © Las Vegas Review-Journal

# EXHIBIT 8

# EXHIBIT 8

```
Type of Work:        Text

Registration Number / Date:
                     TX0007173599 / 2010-07-14

Application Title: Avoiding the Issues.

Title:               Avoiding the Issues.

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:    2010

Date of Publication:
                     2010-06-24

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                        Avenue, Suite 210, Las Vegas, NV, 89129-7701, United
                        States, (702) 527-5900, dbrownell@righthaven.com

Names:               Stephens Media LLC
                     Righthaven LLC

================================================================================
```